**[6nhrg]** [NOTICE OF HEARING]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                                                                    Case No. 6:15−bk−09064−ABB
                                                                                                          Chapter 13
Jamie Maria Chin
aka Pettway
907 N Hastings St
Orlando, FL 32808


_____Debtor(s)_____/

NOTICE OF PRELIMINARY HEARING

   NOTICE IS HEREBY GIVEN that a preliminary hearing in this case will be held on November 2, 2015 at 11:30 AM in Courtroom 6B, 6th Floor, George C. Young Courthouse, 400 West Washington Street, Orlando, FL 32801to consider and act upon the following and transact such other business that may come before the court:

   1. Motion by Debtor for Turnover of Property of the Estate. Re: 2012 Honda Pilot with Expedited
      Hearing Requested (Document No. 7).


   Appropriate Attire. You are reminded that Local Rule 5072−1(b)(16) requires that all persons appearing in Court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

   Avoid delays at Courthouse security checkpoints. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

### *** NOTICE REGARDING EXHIBITS FOR EVIDENTIARY HEARINGS ***

In accordance with Local Rule 9070−1, all exhibits must be pre−marked. A list of exhibits must also be filed, listing pertinent information in the manner described in subsection (d) of this rule.

All parties intending to file exhibits are hereby notified that if such exhibits and discovery materials are not removed within **thirty (30) days** after an order or judgment concluding this matter has been entered, including the entry of an order determining any post−judgment motions, provided that no appeal is pending or has been taken, the Clerk will destroy exhibits without further notice. Parties should contact the Clerk to make arrangements to reclaim exhibits during the 30−day limit set herein.

DATED on October 28, 2015 .

FOR THE COURT

Lee Ann Bennett, Clerk of Court

George C. Young Federal Courthouse
400 West Washington Street
Suite 5100
Orlando, FL 32801